

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Information associated with account[s] identified as<br>jcortsystem@gmail.com and jay.jcor@gmail.com that is<br>stored at premises controlled by Google, Inc., 1600<br>Amphitheater Parkway, Mountain View, CA 94043 | )<br>)<br>)  Case No.    8:17-MJ-00099<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Central_____ District of _____California_____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. Such affidavit is incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before ____14 days from the date of its issuance____
*(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.          ☐ at any time in the day or night as I find reasonable cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
*(name)*

IT IS FURTHER ORDERED that the Provider named in Attachment A shall comply with the further orders set forth in Attachment B, and shall not notify any person, including the subscriber(s) of each account identified in Attachment A, of the existence of the warrant.

Date and time issued:    *4/0/17 @ 3:18 pm*                    *John M. Early*
                                                                              *Judge's signature*

City and state:    Santa Ana, California                    Hon. John D. Early, U.S. Magistrate Judge
                                                                              *Printed name and title*

AUSA: Mark Takla

| *Return* | | |
|---|---|---|
| Case No.:<br>8:17-MJ-00099 | Date and time warrant executed:<br>April 13, 2017 / 1548 | Copy of warrant ~~and inventory~~ left with:<br>Google Inc |

Inventory made in the presence of :
SA Sisouphanh Thipmontry

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

Two CDs containing information associated with gay.jccr@gmail.com and jcortsystem@gmail.com.

---

*Certification* (by officer present during the execution of the warrant)

---

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.*

Date: June 21, 2017

_____
*Executing officer's signature*

Geoffrey Knight, Special Agent
*Printed name and title*